[365 N.C. 416 (2012)]

IN THE MATTER OF: J.R.V.

No. 235PA11

(Filed 27 January 2012)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, —— N.C. App. ——, 710 S.E.2d 411 (2011), affirming an adjudication order entered on 31 March 2010 by Judge James A. Grogan in District Court, Rockingham County, and a disposition order entered on 29 June 2010 by Judge William F. Southern in District Court, Stokes County. Heard in the Supreme Court on 9 January 2012.

*Roy Cooper, Attorney General, by LaToya B. Powell, Assistant Attorney General, for the State.*

*Richard Croutharmel for juvenile-appellant.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.